## Weitzman Unemployment Compensation Case.

Argued March 20, 1970. *David Freeman,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Williams Township Annexation Case.

Argued March 16, 1970. *Raymond J. DeRaymond,* with him *Coffin and DeRaymond,* for appellant; *Karl K. LaBarr, Jr.,* with him *Bernard M. Goodman,* for appellee.

Order affirmed.

## Zion et al., Appellants, *v.* Sanft.

Argued March 23, 1970. *Howard S. Klein,* with him *Benson Zion,* and *Zion and Klein* for appellant; *Alexander A. DiSanti,* with him *Richard, Brian, DiSanti & Hamilton,* for appellee.

Order affirmed.